**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MITCHELL CARRUTH** **PLAINTIFF**
***ADC #553766***

**v.** **CASE NO. 3:26-CV-00221-BSM**

**DALE COOK, *et al.*** **DEFENDANTS**

# JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of November, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE